PROB 12C
(6/16)

Report Date: December 4, 2023

United States District Court

for the

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Dec 04, 2023

SEAN F. McAVOY, CLERK

**Petition for Warrant or Summons for Offender Under Supervision**

Name of Offender: Alejandro Noe Manzo     Case Number: 0980 2:21CR00058-TOR-1

Address of Offender: ███████████, Spokane, Washington 99208

Name of Sentencing Judicial Officer:  The Honorable Thomas O. Rice, U.S. District Judge

Date of Original Sentence: April 13, 2022

Original Offense:     Felon in Possession of a Firearm, 18 U.S.C. §§ 922(g)(1) and 924(a)(2)

Original Sentence:    Prison - 24 months;          Type of Supervision: Supervised Release
                      TSR - 36 months

Asst. U.S. Attorney:  Patrick Cashman              Date Supervision Commenced: April 7, 2023

Defense Attorney:     Federal Defenders Office     Date Supervision Expires: April 6, 2026

---

**PETITIONING THE COURT**

To issue a warrant.

On April 10, 2023, Alejandro Manzo participated in a supervision intake. His judgment was reviewed with him. He signed a copy of his judgment acknowledging an understanding of the conditions imposed by the court.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition # 1**: You must not commit another federal, state or local crime.<br><br>**Supporting Evidence**: It is alleged that Alejandro Manzo violated the terms of his supervised release by Attempting to Elude Police Vehicle, in violation of RCW 46.61.024, a class C felony, on or about December 1, 2023. |
| 2 | **Mandatory Condition # 1**: You must not commit another federal, state or local crime.<br><br>**Supporting Evidence**: It is alleged that Alejandro Manzo violated the terms of his supervised release by Driving Under the Influence of Alcohol, in violation of RCW 46.61.502, a gross misdemeanor, on or about December 1, 2023. |

Prob12C
Re: Manzo, Alejandro Noe
December 4, 2023
Page 2

3	**Mandatory Condition # 1**: You must not commit another federal, state or local crime.

**Supporting Evidence**: It is alleged that Alejandro Manzo violated the terms of his supervised release by Obstructing a Law Enforcement Officer, in violation of RCW 9A.76.020, a gross misdemeanor, on or about December 1, 2023.

4	**Mandatory Condition # 1**: You must not commit another federal, state or local crime.

**Supporting Evidence**: It is alleged that Alejandro Manzo violated the terms of his supervised release by Driving Without an Ignitions Interlock Device, in violation of RCW 46.20.740G, a gross misdemeanor, on or about December 1, 2023.

5	**Mandatory Condition # 1**: You must not commit another federal, state or local crime.

**Supporting Evidence**: It is alleged that Alejandro Manzo violated the terms of his supervised release by Operating a Vehicle While License is Suspended, in violation of RCW 46.20.342, a gross misdemeanor, on or about December 1, 2023.

6	**Special Condition # 5**: You must not enter into or remain in any establishment where alcohol is the primary item of sale. You must abstain from alcohol and must submit to urinalysis and Breathalyzer testing as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from this substance.

**Supporting Evidence**: It is alleged that Alejandro Manzo violated the terms of his supervised release by consuming alcohol, on or about December 1, 2023.

On December 1, 2023, at approximately 11:18 p.m., a deputy with the Spokane County Sheriff's Office was working uniformed traffic enforcement. They were driving a marked Spokane Valley police vehicle equipped with emergency lights and siren. There was frozen snow and ice on the roads. The deputy observed a blue Toyota pickup stopped at a steady red light at Pines Road facing eastbound in the eastbound lanes of Sprague Avenue. The truck had its headlights off. The driver, later identified as Alejandro Manzo, proceeded east when the light turned green and the deputy activated their emergency lights and made a U-turn to follow the truck and stop if for the violation.

The deputy followed the vehicle into the parking lot of Baskin Robbins at 12510 E. Sprague. Mr. Manzo made a wide semicircle through the parking lot and began spinning its tires in the snow as though he was trying to accelerate. Mr. Manzo drove back out onto Sprague Avenue spinning its rear end out and sliding back up onto the curb of the parking lot, briefly facing the deputy head on, who then activated their siren and lights. Mr. Manzo reversed off the curb and proceeded back onto Sprague Avenue. It appeared Mr. Manzo was having difficulty maintaining control of the vehicle. The deputy noted the vehicle was only going about 25-30 miles per hour, but was swerving and sliding on the road. He avoided hitting several vehicles stopped at an intersection and continued on. He then drove back into the westbound lanes by driving over the concrete median, which appeared to damage the left rear tire and the deputy could see the tire deflate. Mr. Manzo attempted to elude further by driving into the parking lot of Chase Bank. Mr. Manzo spun out in the parking lot and again faced the deputy. At that time, the deputy was able to get a very good look into the vehicle and saw the driver as well as the passenger.

Prob12C
**Re: Manzo, Alejandro Noe**
**December 4, 2023**
**Page 3**

Mr. Manzo turned back around and drove back out onto Sprague Avenue going west. Mr. Manzo was driving approximately 35 miles per hour and continued swerving and sliding. The left rear tire was completely deflated and was separating from its wheel. Mr. Manzo spun out onto the sidewalk but slid back onto Bowdish Road. The truck's momentum kept it spinning until facing the deputy and pursuing units southbound head-on. Mr. Manzo reversed and faced west toward Valleyway Avenue.

The deputies attempted a PIT (precision immobilization technique). Mr. Manzo drove out of it and onto and over the southwest curb and sidewalk of Valleyway and Bowdish and continued west on Valleyway. Mr. Manzo was losing control of the vehicle and could not maintain traction with the rear tire gone. He swerved side to side until it spun in a full circle and came to a stop in a snowbank in front of a residence. Mr. Manzo opened his door and fled, running on foot southbound from the vehicle.

The deputies followed his tracks in the snow. One of the deputies conducted a K9 track. The K9 located Mr. Manzo hiding under a vehicle and he was detained. The first deputy positively identified Mr. Manzo as the driver. Mr. Manzo smelled strongly of alcohol, was swaying as he stood, had bloodshot watery eyes, droopy eyelids, and slurred speech. He appeared under the influence of alcohol.

Mr. Manzo had identified himself as "Alex" and claimed he was sleeping under the vehicle because he was homeless.

He was advised he was under arrest for attempting to elude a police vehicle. Probable cause was established to charge him with driving under the influence and obstruction. He refused a breath test, claiming he had not been driving.

The offender was taken to the hospital for treatment and a legal blood draw. Mr. Manzo had identified himself while at the hospital and several local booking photographs confirmed his identity.

A Washington State Department of Licensing check showed his driving privileges were suspended in the third degree and he was required to have an ignition interlock device. Probable case was determined to charge him with driving with a suspended license and ignition interlock violation.

A search warrant for an evidentiary blood sample was obtained, a blood draw was completed by hospital staff and the sample was retained for evidence.

Mr. Manzo was then booked into the Spokane County Jail. He has since bailed out of jail.

7    **Standard Condition #12**: If this judgment imposes restitution, a fine, or special assessment, it is a condition of supervised release that you pay in accordance with the Schedule of Payments sheet of this judgment. You shall notify the probation officer of any material change in your economic circumstances that might affect your ability to pay any unpaid amount of restitution, fine, or special assessments.

Prob12C
Re: Manzo, Alejandro Noe
December 4, 2023
Page 4

**Supporting Evidence:** It is alleged that Alejandro Manzo violated the terms of his supervised release by failing to make payments toward his special penalty assessment, on or about May 15, 2023, or since.

On April 10, 2023, during his supervision intake, Mr. Manzo agreed to pay $25 per month or 10% of his household income toward his special penalty assessment, commencing May 15, 2023. As of this date, Mr. Manzo has not made any payments. However, he has remained employed full time.

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the offender to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 12/04/2023

s/Melissa Hanson

Melissa Hanson
U.S. Probation Officer

THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] Other

Thomas O. Rice
United States District Judge

December 4, 2023
Date